THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD A. CHANEY, Appellant.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.